# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Colburn,<br><br>                          Plaintiff,<br><br>vs.<br><br>Unum Life Insurance Company of America,<br><br>                          Defendant. | No. CV-13-01509-PHX-ROS<br><br>**ORDER** |

Pursuant to the parties' Stipulation for Dismissal with Prejudice (**Doc. 22**),

IT IS ORDERED this case is dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

Dated this 7th day of November, 2013.

_____
Roslyn O. Silver
Senior United States District Judge